United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| In re: Cornhusker RBM, LLC, et. al., <br><br> Debtors. | Bankruptcy No. 13-bk-26443 <br><br> (Jointly Administered) |
| Joji Takada, Chapter 7 Trustee of Diagnostic P.E.T. Network, LLC <br><br> Plaintiff <br><br> v. <br><br> Advantage MRI, LLC, <br><br> Defendant. | Chapter 7 <br><br> Adversary No. 15-ap-433 |

## ORDER TO FILE PROPOSED ORDER OF DEFAULT AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW

Counsel for Trustee is **ordered** to file the following:

1. A separate proposed order of default, finding that service of summons was properly served and that the defendant failed to answer or otherwise plead.

2. Proposed findings of fact and conclusions of law sufficient to show that judgment in favor of the Trustee is proper.

Set for status October 6, 2015 at 10:30 AM.

Dated this ___ day of September, 2015

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge